IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANTZ GERMAIN,**

   *Plaintiff*,

v.                                         Case No.: 4:23cv292-MW/MAF

**ERICK SALPETER,**
**et al.,**

   *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** for improper venue, failure to comply with Local Rule 5.3, and failure to comply with an Order of this Court." The Clerk

shall close the file.

**SO ORDERED on September 18, 2023.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**